IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

DAVID HARRIS                                                                       PLAINTIFF

v.                                              CIVIL ACTION NO. 3:25-cv-0283-GHD-JMV

TRANSUNION, LLC                                               DEFENDANT

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record in this action, the Court finds that the Report and Recommendation [5, 7] of the United States Magistrate Judge dated October 23, 2025, and supplemented on December 4, 2025, regarding the dismissal without prejudice of the Plaintiff's claims for failure to prosecute and failure to comply with an order of the Court, was on December 4, 2025, duly served upon the Plaintiff; that more than fourteen days have elapsed since service of said supplemented Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court.

The Court therefore **ORDERS** the following:

1) the Report and Recommendation [5, 7] of the United States Magistrate Judge dated October 23, 2025, and supplemented on December 4, 2025, is hereby approved and adopted as the opinion of the Court; and

2) The Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for failure to prosecute or comply with a Court Order pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SO ORDERED, this, the 12th day of January, 2026.

_____
SENIOR U.S. DISTRICT JUDGE